

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

July 7, 2023

**FILED BY ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

    Re:    *SEC v. Infinity Q Capital Management, LLC, et al.*, No. 23 Civ. 05081 (PKC)/Request to Waive Pre-Motion Letter for Consented-to Motion for <u>Appointment of Monitor</u>

Dear Judge Castel:

    By letter dated June 29, 2023 [Dkt.#7, copy attached], Plaintiff Securities and Exchange Commission ("SEC") requested that the Court enter two consent judgments – one as to Defendant Infinity Q Capital Management, LLC ("Infinity Q"), investment adviser to a private hedge fund, and the other as to Relief Defendant Wildcat Partner Holdings, LP. The SEC also requested in the last paragraph of that letter that the Court waive the requirement of a pre-motion letter to file a consented-to motion for appointment of a monitor to oversee a claims and distribution process for the private hedge fund and that the Court maintain the case on the active docket. The motion for appointment of the monitor would be filed on consent of Defendant Infinity Q, is non-controversial, and involves no unique issues of law or fact. There are no scheduled conferences before the Court,

    The Court entered the consent judgments on June 30, 2023. However, the Court has not yet ruled on the request to waive the pre-motion letter, and the docket indicates that the case has been administratively closed. Accordingly, for all of the reasons set forth in the June 29, 2023 letter, the SEC respectfully requests that the Court maintain this case on the active docket and waive the requirement of a pre-motion letter before filing the consented-to motion for appointment of a monitor.

                                        Respectfully submitted,

                                        /s/Neal Jacobson
                                        Neal Jacobson
                                        Trial Counsel

Hon. P. Kevin Castel
July 7, 2023
Page 2

cc: Counsel for Defendant and Relief Defendant, George S. Canellos (by email)