UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff<br><br>　　　　-against-<br><br>INFINITY Q CAPITAL MANAGEMENT, LLC,<br><br>　　　　　　　　Defendant,<br><br>　　　　-and-<br><br>WILDCAT PARTNER HOLDINGS, LP,<br><br>　　　　　　　　Relief Defendant. | 23 Civ. 05081 (PKC) |

**MONITOR'S QUARTERLY STATUS REPORT**

The Monitor, through his counsel, respectfully submits this quarterly report pursuant to paragraph 14 of the Court's Consented to Order Appointing Monitor dated July 11, 2023 (Dkt. No. 15) (the "Order").

1. In accordance with paragraph 7(a) of the Order, the Monitor has had multiple meetings and phone calls with Milbank LLP (counsel for the Defendant and Relief Defendant) to share his preliminary thoughts as to which methodology should be used to distribute the remaining proceeds in the Infinity Q Volatility Alpha Fund, L.P. and Infinity Q Volatility Alpha Offshore Fund (together, the "Private Funds").

2. The Monitor has also consulted with counsel for the Securities and Exchange Commission ("SEC") and the economic consultant NERA Economic Consulting for additional analysis of potential distribution methodologies.

3. On February 8, 2024, investors received a letter from the Monitor detailing his preliminary thoughts on a distribution methodology and soliciting feedback from investors. The Monitor provided investors with 90 days to respond. This letter was reviewed by Milbank LLP and the SEC.

4. To date, the Monitor has received a small number of responses thus far. The Monitor is evaluating the positions taken in those letters.

5. To date, the Monitor has not had to assess (a) any proposed material corporate transactions by the Private Funds; (b) extensions of credit by the Private Funds; (c) material changes to compensation paid by Infinity Q or the Private Funds to any of their respective officers or directors; (d) any retention by the Private Funds of any management-level professional or person; or (e) any decision to prepare for, file, or caused to be filed, any bankruptcy or receivership petition for the Private Funds.

Dated: New York, New York
      April 30, 2024

Respectfully submitted,

_____
Jim Walden
WALDEN MACHT & HARAN LLP
250 Vesey Street, 27th Floor
New York, New York 10281
(212) 335-2030
jwalden@wmhlaw.com