UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Securities and Exchange Commission,

                        Plaintiffs,              23-cv-5081 (PKC)

      -against-                            ORDER

Infinity Q Capital Management, LLC, et al.,

                        Defendants.
-----------------------------------------------------------x

CASTEL, District Judge:

        The Court will hold argument on the Monitor's motion to approve certain procedures for the submission and verification of claims (ECF 65) on October 29, 2025 at 11:00 a.m. in Courtroom 11D.  The Monitor and his counsel are invited to attempt to resolve the objection of the Certain Opt-Out Plaintiffs (ECF 71) in advance of the hearing on the motion.

        SO ORDERED.

                                                            *P. Kevin Castel*
                                                   United States District Judge

Dated: New York, New York
       October 24, 2025